IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-0189-01-CR-W-DW |
| | ) | |
| LANCE HELLUM, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Magistrate Judge Sarah W. Hays' Report and Recommendations (Doc. 44) denying Defendant's Motion to Suppress (Doc. 20). Defendant filed objections to the Report and Recommendation (Doc. 46). After an independent review of the transcript of the evidentiary hearing, the applicable law, and the parties' arguments, the Court ADOPTS the Magistrate's proposed findings of fact and conclusions of law. Accordingly, the Court orders that the Magistrate's Report and Recommendation be attached to and made a part of this Order and DENIES Defendant's Motion to Suppress (Doc. 20).

IT IS SO ORDERED.

Date: October 4, 2006

/s/ DEAN WHIPPLE
Dean Whipple
United States District Court